Commonwealth *v.* Gilbert, Appellant.

Argued April 11, 1973. *Alfred S. Pelaez,* for appellant; *Robert L. Eberhardt,* Assistant District At-

768

torney, with him *Robert W. Duggan,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The Commonwealth being in agreement, the order of the court below is reversed, the judgment vacated, and defendant is discharged.